435 A.2d 1319

Commonwealth v. Miller, Appellant.

 Submitted November 14, 1980. Charles C. Gentile, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

PRICE, J., dissented.